UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No.: 7:18-cv-00169-BO

_____
                                              )
JIMMY EDWARDS, ROBERT HUNT and                )
DOLORES HUNT, and CLIFFORD                    )
MCKELLAR, JR. and EMMA MCKELLAR               )
on behalf of themselves and all others        )
similarly situated,                           )
                                              )
                    Plaintiffs,               )        **STIPULATION OF VOLUNTARY**
                                              )        **DISMISSAL WITHOUT PREJUDICE**
             v.                               )
                                              )        Fed. R. Civ. P. 41(a)(1)
CSX CORPORATION, CSX                          )
TRANSPORTATION, INC., and CSX                 )
INTERMODAL TERMINALS, INC.                    )
                                              )
                    Defendants.               )
_____)


        Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby stipulate that

plaintiffs' claims against defendants CSX Corporation and CSX Intermodal Terminals, Inc. are

voluntarily dismissed without prejudice.  Plaintiffs' claims against defendant CSX

Transportation, Inc. remain pending.

November 16, 2018                          Respectfully submitted,


/s/ Matthew E. Lee                         /s/ April N. Ross
Daniel K. Bryson                           April N. Ross
Scott C. Harris                            N.C. State Bar No. 35478
Matthew E. Lee                             Scott L. Winkelman
WHITFIELD BRYSON & MASON, LLP              Crowell & Moring LLP
900 West Morgan Street                     1001 Pennsylvania Avenue NW
Raleigh, NC 27603                          Washington, D.C. 20004
                                           Telephone: (202) 624-2500
Joel R. Rhine                              Facsimile: (202) 628-5116
RHINE LAW FIRM, P.C.                       Email: aross@crowell.com
1612 Military Cutoff Road, Ste. 300        Email: swinkelman@crowell.com
Wilmington, NC 28403

                                           *Counsel for CSX Transportation, Inc. and CSX*
*Counsel for Plaintiffs*                   *Intermodal Terminals, Inc., by Special*
                                           *Appearance*

                                           /s/ Henry L. Kitchin, Jr.
                                           Henry L. Kitchin, Jr.
                                           N.C. State Bar No. 23226
                                           MCGUIREWOODS LLP
                                           Post Office Box 599 (28402)
                                           Wilmington, North Carolina 28401
                                           Telephone:  (910) 254-3800
                                           Facsimile:  (910) 254-3900
                                           Email:  hkitchin@mcguirewoods.com

                                           *Counsel for CSX Transportation, Inc. and CSX*
                                           *Intermodal Terminals, Inc.*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 16th day of November, 2018, a true and correct copy of the foregoing Stipulation of Voluntary Partial Dismissal Without Prejudice will be served on counsel of record by the Court's Case Management / Electronic Case Filing ("CM/ECF") system.

/s/ April N. Ross

April N. Ross
*Counsel for CSX Transportation, Inc. and CSX Intermodal Terminals, Inc., by Special Appearance*