IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-cv-00169-BO

| | |
|---|---|
| JIMMY EDWARDS, ROBERT HUNT and DOLORES HUNT, and CLIFFORD MCKELLAR, JR. and EMMA MCKELLAR on behalf of themselves and all others similarly situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>CSX TRANSPORTATION, INC.<br><br>DEFENDANT. | **NOTICE OF SPECIAL APPEARANCE**<br>WILLIAM F. CASH III |

William F. Cash III now serves this Notice of Special Appearance as counsel for Plaintiffs. Cash is a member in good standing with the bars of the Northern District of Florida, Middle District of Florida, Southern District of Florida, Northern District of Ohio, and Southern District of Ohio. Cash appears in association with co-counsel Daniel K. Bryson of the law firm Whitfield Bryson & Mason LLP, who is a member in good standing with this Court. By entering this special appearance, Cash agrees to the provisions of Rule 83.1(e) of the Local Rules of the Eastern District of North Carolina.

Respectfully submitted,

Dated: November 20, 2018

_____
William F. Cash III
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 S. Baylen St. Suite 600
Pensacola, FL 32502
(850) 435-7059
bcash@levinlaw.com
Florida Bar. No. 68443
*Counsel for Plaintiffs*

Daniel K. Bryson
Whitfield Bryson & Mason LLP
900 W. Morgan St.
Raleigh, NC 27603
Tel: (919) 600-5000
Fax: (919) 600-5035
Dan@wbmllp.com
NC Bar. No. 15781
*Local Civil Rule 83.1*
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on November 20, 2018, this *Notice of Special Appearance* will be filed with the Clerk of the Court using CM/ECF, which will notify all counsel of record.

_____
William F. Cash III