

**OFFICE OF THE CITY MANAGER**

## City of Lumberton
POST OFFICE BOX 1383
Lumberton, North Carolina
28358

MUNICIPAL BUILDING
501 EAST 5TH STREET

*Recd from Dewberry. 4/1/03*

# OPERATIONAL PROCEDURES

Sandbagging Seaboard Coast Line Railroad
and
Veterans of Foregin Wars Road
under I-95

October, 1979

Prepared by the City Manager's Office

## I. PURPOSE AND INTENT

The purpose of these Operational Procedures is to affirm beyond any shadow of doubt that the protection of lives and property during times of flooding is a paramount concern of the City of Lumberton. This concern serves as the foundation for the tremendous investment of public monies and time spent to construct the dike along the southern bank of the Lumber River. When it was determined that a window in the dike system existed under I-95 at the Seaboard Coast Line Railroad and the Veterans of Foreign Wars Road, appropriate agreements were reached with the Seaboard Coast Line Railroad permitting sandbagging. This concept to "block" or "secure" the window was originally, and finally, agreed upon by the City of Lumberton, Army Corps of Engineers, Soil Conservation Services and the Federal Insurance Administration.

These operational procedures are intended to provide the public with the methods and procedures that will be used to sandbag the window at I-95. These procedures are purposefully general in nature, but, we feel, are specific enough to achieve the desired ends of providing flood protection to South and West Lumberton.

## II. SOP-I - FLOODING

Normally, flooding will be a relatively slow process with adequate warning. The buildup to flood conditions will take several days, and in the meantime progressive situation reports will be available from the Raleigh Weather Service.

There is a history of recurring floods in the City of Lumberton. The municipal Communications Center receives weather bulletins from the Raleigh Weather Bureau. The warning message tells the expected severity of the flooding, the affected rivers, when and where flooding will begin. Careful preparation and prompt response has, and will continue, to reduce property loss and ensure personal safety.

Operational Procedures that will be followed during flooding, or expected flooding, are as follows:

1. Monitor all weather bulletins from the Raleigh Weather Service. City Manager is contacted immediately upon notification of potential flooding along the Lumber River.

2. City Manager, upon notification that the potential threat of flooding exists, contacts all department heads, Civil Defense and Red Cross authorities of the potential threat. A BLUE ALERT is transmitted by the City Manager to these departments and agencies and they will be notified of the existing conditions, and any changes in those conditions. At this point, they are not required to respond, but only to make themselves available should the situation develop into a more serious threat. In order to monitor the Lumber River closely, the river guage at the Cutler Moore Bridge will be read every day at 7:00 a.m., 1:00 p.m., and 11:00 p.m. All readings will be reported to the City Manager.

3. Upon notification that the Lumber River will rise above the 11' msl flood stage, the City Manager will transmit a YELLOW ALERT to all agencies placed on stand-by during the BLUE ALERT. A YELLOW ALERT indicates that the emergency has grown in size and that it has become necessary for precautionary action to be taken.

4. Upon notification that a YELLOW ALERT exists, plans will be made for the opening of an evacuee center and residents in low lying areas will be relocated as the flood situation demands. Daily inspections of the dike will be made by the Public Works Department to assure that all flood waters are being contained. Constant monitoring of the acession of flood waters in the vicinity of I-95 and the Seaborard Coast Line Railroad--Vetrans of Foreign Wars Road will begin. The Public Works Department will check the number of sandbags and sand on hand. Additional bags and sand will be ordered if needed. The Public Works Street Department will be placed on alert.

5. Upon notification that the Lumber River will crest above 120'msl or if the local monitoring of the river indicates a rise above 120' msl, the City Manager will transmit a RED ALERT to all agencies notified under the YELLOW ALERT. RED ALERT will be transmitted when an extreme emergency situation has arisen. A notice will be sent to the Seaboard Coast Line Railroad advising them to stand by for a Notice of Closure.

6. Upon notification that the Lumber River has reached the 120' msl mark, the Public Works Department will transport sandbags to the site and will block the Vetrans of Foreign Wars Road with a sandbag dike to a height of 126' msl.

7. Upon notification that the Lumber River has reached the 120.5' msl mark, and is still rising, a Notice of Closure will be sent immediately, by telephone and telegraph, to the Chief Dispatcher for the Seaboard Coast Line Railroad.

8. Upon expiration of the required twelve (12) hour notice to the Seaboard Coast Line Railroad, and if the Lumber River is still rising, the City Manager will direct the Public Works Department to begin construction of the sandbag dike across the railroad tracks. The sandbag dike will be built to a height of 126' msl.

9. The Public Works Department will maintain an hourly inspection of the sandbag dike to ensure its integrity. The Lumberton Police Department will cordon off the area and patrol it regularly to protect the sandbag dike from vandals.

10. Upon notification that the Lumber River is receeding, all agencies notified under the RED ALERT will be notified by the City Manager. Upon notification that the Lumber River has receeded to the level of 121' msl, the City Manager will notify the Seaboard Coast Line Railroad that should flood waters continue to receed, the railroad will be reopened.

11. Upon notification that the Lumber River has receeded to 120' msl, and maintained that level, or receeded further for at least an eight (8) hour period, the City Manager will direct that the sandbag dike be removed and the Railroad officially notified of the reopening. (Should the river rise again, the procedures set forth in steps 6-10 will be reinitiated.)

12. The City Manager will, once the sandbag dike has been removed, transmit a YELLOW ALERT, thereby relieving the RED ALERT status.

13. Upon notification of a YELLOW ALERT by the City Manager, the Public Works Department will monitor the river three (3) times a day as set forth in step 2. Any increase in river depth will be reported to the City Manager and appropriate actions will be taken to ensure the safety of the area.

14. Upon notification that the Lumber River has receeded to a level of 111' msl, the City Manager will downgrade the YELLOW ALERT to a BLUE ALERT.

15. Upon notification that the Lumber River has receeded to a level of 109' msl, the BLUE ALERT will be terminated.

16. The appropriate number of sandbags, sand, and equipement will be restocked at the storage shed at the South-West Fire Station.

III. SOP-2-ROUTINE PROCEDURES

In order to maintain a high level of operational efficiency and effectiveness, periodic in-service training on the techniques of sandbagging, inspections of materials and equipment, and review of these emergency procedures are essential. The following procedures are established as guidelines for the Administration and staff to ensure that their response time and ability to react properly during times of flooding will be accurate and effective:

1. The City Manager will meet during the first week of each quarter with all department heads and other emergency agencies to review these guidelines and procedures. Apropriate changes and amendments will be made as needed.

2. The Public Works Director will inspect the sandbag storage house during the first week of each month for any damage and to ensure that enough sandbags, sand, and tools are on hand in case an emergency does arise.

3. The Public Works Director will, once every six (6) months conduct a one (1) day in-service training session for the street department employees. He will have them construct a sandbag dike on city property. This will ensure that all street department personnel will be knowledgeable in the techniques of filling and building a sandbag dike. The routes from the storehouse to the Seaboard Coast Line— Vetrans of Foreign Wars at I-95 will be discussed (see attachment 1) as well as all other emergency flood procedures.

4. The Public Works Department will constantly monitor the dike to ensure that it is being properly maintained. Any deficiencies, such as collector canal cleaning, mowing, etc. will be corrected as needed.

5. The culverts under I-95 will be inspected quarterly to ensure that they are appropriately blocked and sealed.

