# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

| | |
|---|---|
| JIMMY EDWARDS, ROBERT HUNT, DOLORES HUNT, CLIFFORD MCKELLAR, JR., and EMMA MCKELLAR, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CSX Transportation, Inc.,<br><br>Defendant. | Case No. 7:18-cv-169-BO<br><br>*Consolidated with Cases No. 7:18-cv-177-BO and No. 7:18-cv-178-BO*<br><br>Fed. R. Civ. P. 12(b)(6); LCR 7.2 |
| ANTOINETTE MOORE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CSX Transportation, Inc.,<br><br>Defendant. | Case No. 7:18-cv-177-BO |
| WEST LUMBERTON BAPTIST CHURCH, CURRIE CHAINSAW, INC., C.J.M. VENTURES, INC., WILLIAM LOCKLEAR d/b/a/ STRICKLAND'S BARBERSHOP, TBL ENVIRONMENTAL LABORATORY, INC., SAMMY'S AUTO SALES, INC., LINDA SAMPSON, and ERIC CHAVIS, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CSX TRANSPORTATION, INC.,<br><br>Defendant. | Case No. 7:18-cv-178-BO |

# CSX TRANSPORTATION INC.'S MOTION TO DISMISS THE AMENDED CONSOLIDATED COMPLAINT

Defendant CSX Transportation, Inc. ("CSXT"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, by and through its undersigned counsel, hereby moves to dismiss plaintiffs' Amended Complaint.[1] The grounds for this motion are more fully set forth in the Memorandum in Support filed contemporaneously herewith.

WHEREFORE, CSXT respectfully moves that the Court enter an order dismissing plaintiffs' Amended Complaint, and granting CSXT such other and further relief as the Court deems just and appropriate.

April 29, 2019.

Respectfully submitted,

/s/ April N. Ross
April N. Ross
N.C. State Bar No. 35478
Scott L. Winkelman
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: aross@crowell.com
Email: swinkelman@crowell.com

*Counsel for CSX Transportation, Inc. by Special Appearance*

---

[1] Plaintiffs previously filed three separate lawsuits against CSXT – *Moore v. CSX Corp., et al.*, No. 7:18-cv-00177; *Edwards, et al., v. CSX Corp., et al.*, No. 7:18-cv-00169; and *West Lumberton Baptist Church, et al., v. CSX Corp., et al.*, No. 7:18-cv-00178. On November 30, 2018 CSXT moved to dismiss all three complaints. Plaintiffs consolidated the three cases and filed an amended consolidated complaint on February 28, 2019.

2

Case 7:18-cv-00169-BO   Document 35   Filed 04/29/19   Page 2 of 4

/s/ Henry L. Kitchin, Jr.
Henry L. Kitchin, Jr.
N.C. State Bar No. 23226
M<small>C</small>G<small>UIRE</small>W<small>OODS</small> LLP
Post Office Box 599 (28402)
Wilmington, North Carolina 28401
Telephone: (910) 254-3800
Facsimile: (910) 254-3900
Email: hkitchin@mcguirewoods.com

*Counsel for CSX Transportation, Inc.*

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I, April N. Ross, of Crowell & Moring, LLP, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this day, copies of the foregoing will be served on the following by the Court's Case Management / Electronic Case Filing ("CM/ECF") system:

Daniel K. Bryson
Scott C. Harris
Matthew E. Lee
Jeremy R. Williams
Gary E. Mason
Danielle L. Perry
WHITFIELD BRYSON & MASON, LLP
900 West Morgan Street
Raleigh, NC 27603

Joel R. Rhine
RHINE LAW FIRM, P.C.
1612 Military Cutoff Road, Ste. 300
Wilmington, NC 28403

Gregory F. Coleman
GREG COLEMAN LAW PC
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929

William F. Cash III
Matthew D. Schultz
PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502

*Counsel for Jimmy Edwards, Robert Hunt, Dolores Hunt, Clifford McKellar, Jr., and Emma McKellar*

Mark R. Sigmon
SIGMON LAW, PLLC
5 West Hargett Street, Suite 1001
Raleigh, NC 27601

*Counsel for Antoinette Moore*

Theodore J. Leopold
Martha Geer
Jay Chaudhuri
Adam Langino
COHEN MILSTEIN SELLERS & TOLL PLLC  150 Fayetteville Street, Suite 980
Raleigh, NC 27601

Gary K. Shipman
SHIPMAN & WRIGHT, LLP
575 Military Cutoff Road, Suite 106
Wilmington, NC 28405

K. Robert Davis
THE BRITT LAW FIRM, P.C.
107 N. Court Square, Suite 22
Lumberton, NC 28358

*Counsel for West Lumberton Baptist Church, Currie Chain Saw, Inc., C.J.M. Ventures, Inc., William Locklear d/b/a Strickland's Barbershop, TBL, Environmental Laboratory, Inc., Sammy's Auto Sales, Inc., Linda Sampson, and Eric Chavis*

/s/ April N. Ross
April N. Ross

*Counsel for CSX Transportation, Inc.*