| | | |
|---|---|---|
| JIMMY EDWARDS, ROBERT HUNT, DOLORES HUNT, CLIFFORD MCKELLAR, JR., EMMA MCKELLAR, on behalf of themselves and all other similarly situated, | ) ) ) ) ) | No. 7:18-cv-169-BO<br><br>*Consolidated with Cases No. 7-18-cv-177-BO and No. 7:18-cv-178-BO* |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CSX TRANSPORTATION, INC., | ) ) | |
| Defendant. | ) ) | |
| ANTOINETTE MOORE, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | No. 7:18-cv-177-BO |
| v. | ) ) | |
| CSX TRANSPORTATION, INC., | ) ) | |
| Defendant. | ) ) | |
| WEST LUMBERTON BAPTIST CHURCH, CURRIE CHAIN SAW, INC., C.J.M. VENTURES, INC., WILLIAM LOCKLEAR, D/B/A STRICKLAND'S BARBERSHOP, TBL ENVIRONMENTAL LABORATORY, INC., SAMMY'S AUTO SALES, INC., LINDA SAMPSON, and ERIC CHAVIS, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 7:18-cv-00178-BO |
| vs. | ) ) | |
| CSX TRANSPORTATION, INC., | ) ) | |
| Defendant. | ) ) | |

# NOTICE OF SPECIAL APPEARANCE

Please take notice that the undersigned Leslie M. Kroeger hereby enters a Notice of Special Appearance as counsel for Plaintiffs, West Lumberton Baptist Church, Currie Chain Saw, Inc., C.J.M. Ventures, Inc., William Locklear, d/b/a Strickland's Barbershop, TBL Environmental Laboratory, Inc., Sammy's Auto Sales, Inc., Linda Sampson, and Eric Chavis, individually and on behalf of all others similarly situated.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

Dated: January 8, 2021.

Respectfully submitted,

/s/ *Leslie M. Kroeger*
Leslie M. Kroeger
**COHEN MILSTEIN SELLERS**
  **& TOLL PLLC**
11780 U.S. Hwy. One, Suite N500
Palm Beach Gardens, FL 33408
Telephone: (561) 515-1400
Facsimile: (561) 515-1401
lkroeger@cohenmilstein.com

Adam J. Langino
N.C. Bar No. 54438
**COHEN MILSTEIN SELLERS &**
  **TOLL PLLC**
407 N. Person Street
Raleigh, NC 27601
Telephone: (919) 890-0560
Facsimile: (919) 890-0567
alangino@cohenmilstein.com

*Counsel for Plaintiffs*