IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JIMMY EDWARDS, ROBERT HUNT, DOLORES HUNT, CLIFFORD MCKELLAR, JR., and EMMA MCKELLAR, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CSX Transportation, Inc.,<br><br>Defendant. | Case No. 7:18-cv-169-BO<br><br>CHIEF JUDGE BOYLE<br><br>*Consolidated with Cases No. 7:18-cv-177-BO and No. 7:18-cv-178-BO* |
| ANTOINETTE MOORE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CSX Transportation, Inc.,<br><br>Defendant. | Case No. 7:18-cv-177-BO |
| WEST LUMBERTON BAPTIST CHURCH, CURRIE CHAINSAW, INC., C.J.M. VENTURES, INC., WILLIAM LOCKLEAR d/b/a/ STRICKLAND'S BARBERSHOP, TBL ENVIRONMENTAL LABORATORY, INC., SAMMY'S AUTO SALES, INC., LINDA SAMPSON, and ERIC CHAVIS, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CSX TRANSPORTATION, INC.,<br><br>Defendant. | Case No. 7:18-cv-178-BO |

**JOINT MOTION FOR ENTRY OF STIPULATION AND [PROPOSED] ESI
CASE MANAGEMENT ORDER**

The parties jointly and respectfully move the Court to enter the attached Stipulation and [Proposed] ESI Case Management Order (attached as Exhibit A hereto) in the above-captioned matter to govern the discovery of electronically stored information.

DATED: March 29, 2021

/s/ *Henry L. Kitchen*
Henry L. Kitchin, Jr.
N.C. State Bar No. 23226
**MCGUIRE WOODS LLP**
Post Office Box 599
Wilmington, North Carolina 28402
Telephone: (910) 254-3800
hkitchin@mcguirewoods.com

April N. Ross
N.C. State Bar No. 35478
Scott L. Winkelman
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone: (202) 624-2500
aross@crowell.com
swinkelman@crowell.com

*Counsel for CSX Transportation, Inc.*

/s/ *Matthew E. Lee*
Matthew E. Lee
N.C. State Bar No. 35405
Jeremy R Williams
N.C. State Bar No. 48162
**WHITFIELD BRYSON LLP**
900 West Morgan St.
Raleigh, North Carolina 27603
Telephone: 919-600-5000
matt@whitfieldbryson.com
jeremy@whitfieldbryson.com

Adam Edwards
**GREG COLEMAN LAW PC**
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
adam@gregcolemanlaw.com

William F. Cash III
**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7059
bcash@levinlaw.com

*Counsel for Jimmy Edwards, Robert Hunt, Dolores Hunt, Clifford McKellar, Jr., and Emma McKellar*

/s/ *Theodore J. Leopold*
Theodore J. Leopold
Leslie Mitchell Kroeger
**COHEN MILSTEIN SELLERS & TOLL PLLC**
11780 US Highway One, Suite N500
Palm Beach Gardens, FL 33408
Telephone: (561) 515-1400
tleopold@cohenmilstein.com
lkroeger@cohenmilstein.com

*Counsel for West Lumberton Baptist Church, Currie Chain Saw, Inc., C.J.M. Ventures, Inc., William Locklear d/b/a Strickland's Barbershop, TBL, Environmental Laboratory, Inc., Sammy's Auto Sales, Inc., Linda Sampson and Eric Chavis*

/s/ *Mark R. Sigmon*
Mark R. Sigmon
N.C. State Bar No. 37762
**SIGMON LAW, PLLC**
5 West Hargett Street, Suite 1001
Raleigh, NC 27601
Telephone: (919) 451-6311
mark@sigmonlawfirm.com

*Counsel for Antoinette Moore*