# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

| | |
|---|---|
| JIMMY EDWARDS, ROBERT HUNT, DOLORES HUNT, CLIFFORD MCKELLAR, JR., EMMA MCKELLAR, on behalf of themselves and all others similarly situated, | Case No. 7:18-cv-169-BO |
| Plaintiffs, | JUDGE BOYLE |
| v. | |
| CSX TRANSPORTATION, INC., | *Consolidated with Cases No. 7:18-cv-177-BO and No. 7:18-cv-178-BO* |
| Defendant. | |
| ANTOINETTE MOORE, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 7:18-cv-177-BO |
| v. | |
| CSX TRANSPORTATION, INC., | |
| Defendant. | |
| WEST LUMBERTON BAPTIST CHURCH, CURRIE CHAIN SAW, INC., C.J.M. VENTURES, INC., WILLIAM LOCKLEAR d/b/a STRICKLAND'S BARBERSHOP, TBL ENVIRONMENTAL LABORATORY, INC., SAMMY'S AUTO SALES, INC., LINDA SAMPSON, and ERIC CHAVIS, individually and on behalf all others similarly situated, | Case No. 7:18-cv-178-BO |
| Plaintiffs, | |
| v. | |
| CSX TRANSPORTATION, INC., | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COME Now Plaintiffs Antoinette Moore and Linda Sampson and Defendant CSX

Transportation, Inc. and pursuant to Rule 41(a)(1)(A)(ii) hereby stipulate to the dismissal without

prejudice of Plaintiff Moore's and Sampson's claims in this litigation. Each party to bear their own costs.

Date: September 8, 2022

/s/ Theodore J. Leopold
Theodore J. Leopold
Leslie Mitchell Kroeger
**COHEN MILSTEIN SELLERS**
 **& TOLL PLLC**
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL 33408
(561) 515-1400 Telephone
(561) 515-1401 Facsimile
tleopold@cohenmilstein.com
lkroeger@cohenmilstein.com

Jay Chaudhuri
N.C. Bar No. 27747
**COHEN MILSTEIN SELLERS**
 **& TOLL PLLC**
407 N. Person Street
Raleigh, NC 27601
(919) 890-0560 Telephone
(919) 890-0567 Facsimile
jchaudhuri@cohenmilstein.com

*Counsel for West Lumberton Baptist Church, Currie Chain Saw, Inc., C.J.M. Ventures, Inc., William Locklear d/b/a Strickland's Barbershop, TBL Environmental Laboratory, Inc., Sammy's Auto Sales, Inc., Linda Sampson and Eric Chavis*


/s/ Matthew E. Lee
Matthew E. Lee
N.C. Bar No. 35405
Mark R. Sigmon
N.C. Bar No. 37762
Jeremy R. Williams
N.C. Bar No. 48162
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLP**
900 West Morgan Street
Raleigh, NC 27603

/s/ Henry L. Kitchin, Jr.
Henry L. Kitchin, Jr.
N.C. Bar No. 23226
**MCGUIRE WOODS LLP**
Post Office Box 599
Wilmington, NC 28402
(910) 254-3800 Telephone
hkitchin@mcguirewoods.com

/s/ Scott L. Winkelman
April N. Ross
N.C. Bar No. 35478
Scott L. Winkelman
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue NW
Washington, DC 20004
(202) 624-2500 Telephone
aross@crowell.com
swinkelman@crowell.com

*Counsel for CSX Transportation, Inc.*

2

(919) 600-5000 Telephone
mlee@milberg.com
msigmon@milberg.com
jwilliams@milberg.com

Gregory F. Coleman
William A. Ladnier
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
(865) 247-0080 Telephone
gcoleman@milberg.com
wladnier@milberg.com

William F. Cash III
**LEVIN, PAPANTONIO,
RAFFERTY, PROCTOR,
BUCHANAN, O'BRIEN, BARR &
MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
(850) 435-7059 Telephone
bcash@levinlaw.com

*Counsel for Jimmy Edwards, Antoinette Moore, Robert Hunt, Dolores Hunt, Clifford McKellar, Jr. and Emma McKellar*