IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 7:18-CV-00169-BO

Jimmy Edwards, et al.,

    Plaintiffs,

v.

CSX Transportation, Inc.,

    Defendant.

## ORDER

Before the Court is CSX Transportation, Inc.'s ("CSXT's") Motion to Postpone Class Certification Proceedings Pending Resolution of Summary Judgment Motion, or, in the Alternative, To Set Class Certification Briefing Schedule.

Having considered CSXT's Motion to Postpone, and the opposition thereto, **IT IS HEREBY ORDERED THAT:**

1. CSXT's Motion to Postpone Class Certification Proceedings Pending Resolution of Summary Judgment Motion, or, in the Alternative, To Set Class Certification Briefing Schedule is **GRANTED**; and

2. All proceedings related to plaintiffs' motion for class certification are hereby postponed pending decision upon CSXT's motion for summary judgment.

SO ORDERED this 24 day of March 2023.

　　　　　　　　　　　　　　　　*Terrence Boyle*
　　　　　　　　　　　　　　　　TERRENCE W. BOYLE
　　　　　　　　　　　　　　　　United States District Judge