UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JIMMY EDWARDS, ROBERT HUNT, DOLORES HUNT, CLIFFORD MCKELLAR, JR., and EMMA MCKELLAR, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CSX TRANSPORTATION, INC., <br><br> Defendant. | **JUDGMENT** <br><br> 7:18-CV-169-BO |
| WEST LUMBERTON BAPTIST CHURCH, CURRIE CHAIN SAW INC., C.J.M. VENTURES, INC., WILLIAM LOCKLEAR d/b/a STRICKLAND'S BARBERSHOP, TBL ENVIRONMENTAL LABRORATORY, INC., SAMMY'S AUTO SALES, INC., and ERIC CHAVIS, individually and on behalf of all others similarly situated themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CSX TRANSPORTATION, INC., <br><br> Defendant. | 7:18-CV-178-BO |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion for summary judgment [DE 125] is GRANTED. Plaintiffs' motion to certify class [DE 129] is therefore DENIED AS MOOT.

This case is closed.

**This judgment filed and entered on July 31, 2023, and served on:**
Matthew Schultz (via CM/ECF Electronic Notice)
Theodore Leopold (via CM/ECF Electronic Notice)
William Cash, III (via CM/ECF Electronic Notice)
Gregory Coleman (via CM/ECF Electronic Notice)
Jeremy Williams (via CM/ECF Electronic Notice)
Matthew Lee (via CM/ECF Electronic Notice)
Scott Harris (via CM/ECF Electronic Notice)
William Ladnier (via CM/ECF Electronic Notice)
Daniel Bryson (via CM/ECF Electronic Notice)
Mark Sigmon (via CM/ECF Electronic Notice)
Leslie Kroeger (via CM/ECF Electronic Notice)
Martha Geer (via CM/ECF Electronic Notice)
Jay Chaudhuri (via CM/ECF Electronic Notice)
Henry Kitchin, Jr. (via CM/ECF Electronic Notice)
April Ross (via CM/ECF Electronic Notice)
Matthew Cohen (via CM/ECF Electronic Notice)
Rachel Raphael (via CM/ECF Electronic Notice)
Ruben Reyna (via CM/ECF Electronic Notice)
Scott Winkelman (via CM/ECF Electronic Notice)
Gary Shipman (via CM/ECF Electronic Notice)
Adam Langino (via CM/ECF Electronic Notice)
Daniel Bryson (via CM/ECF Electronic Notice)
Douglas McNamara (via CM/ECF Electronic Notice)

July 31, 2023

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk